ACCEPTED
01-15-00178-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 3:05:16 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00178-CR

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 3:05:16 PM
CHRISTOPHER A. PRINE
Clerk

**JUAN REYES,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

Appealed from the 184th District Court
of Harris County, Texas
Trial Court Cause Number 1313736

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR APPELLANT
JUAN REYES

NO. 01-15-00178-CR

IN THE COURT OF APPEALS FOR
THE FIRST DISTRICT OF TEXAS
AT HOUSTON

**JUAN REYES,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

Appealed from the 184th District Court
of Harris County, Texas
Trial Court Cause Number 1313736

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JUAN REYES, Appellant, by and through his attorney

of record on appeal, Joseph Salhab, files this Motion for Extension of Time

to File Appellant's Brief. In support of said Motion, the Appellant shows the

Court the following:

I.

The Appellant was convicted in the 184th District Court of Harris County, Texas, on or about February 12, 2015 in Cause Number 1313736, of Capital Murder and sentenced to life imprisonment without the possibility of parole. Appellant gave timely notice of appeal.

II.

Appellant's brief was originally due on July 9, 2015. This is Appellant's first Motion for Extension.

III.

Appellant is requesting the Court grant an extension of forty-five (45) days for filing the Appellant's Brief until August 23, 2015.

IV.

Appellant's request for an extension of time is based on the fact that he is engaged in numerous other trial and appellate cases. Significant cases include:

The State of Texas v. Marquisha A. Williams, in the 248th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case was set for May 26, 2015.

The State of Texas v. Ricky Gaines, in the 184th District Court of Harris County, Texas. Defendant is charged with Aggravated Assault. The case is set for July 14, 2015.

The State of Texas v. Byron Chatman, in the 184th District Court, Harris County, Texas. Defendant is charged with Burglary of a Habitation. The case is set for July 14, 2015.

The State of Texas v. Ronald Haskell, in the 248th District Court of Harris County, Texas. Defendant is charged with Capital Murder. The case was set April 22, 2015. Change of venue hearing was set for June 24, 2015.

The State of Texas v. Wilbert Lewis, in the 183rd District Court of Harris County, Texas. Defendant is charged with Aggravated Robbery. The case is set for jury trial July 15, 2015.

The State of Texas v. Merrick West, in the 338th District Court of Harris County, Texas. Defendant was charged with Aggravated Robbery. The case is set for July 23, 2015.

James Rivera v. The State Of Texas, in the 14th Court of Appeals of Houston, Texas. Appellant brief was filed May 8, 2015.

Ralph Garcia, Jr. v. The State of Texas, in the 1st Court of Appeals of Galveston, Texas. Appellant brief was filed June 24, 2015.

Additionally, Appellant's attorney is involved in numerous other trial and appellate cases, not listed here.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of forty-five (45) days, until August 23, 2015, to file Appellant's Brief.

Respectfully submitted,

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR THE APPELLANT
JUAN REYES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Assistant District Attorney for Harris County, Texas, via notice of electronic filing (NEF), on the 9 day of _July_, 2015.

JOSEPH SALHAB

# VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority on this day personally appeared JOSEPH SALHAB, who being duly sworn has deposed and stated upon oath:

> "My name is JOSEPH SALHAB. I am the Appellant's attorney on appeal in the above-styled and numbered cause. I have read the above and foregoing Motion to Extend Time to file Appellant's Brief and the facts contained therein are true and correct."

JOSEPH SALHAB

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this the ___9th___ day of ___July___, 2015, to certify which, witness my hand and official seal of office.

Notary Public in and for
The State of Texas
Commission Expires:_____


SHERRY LEE APPLEWHITE
MY COMMISSION EXPIRES
March 18, 2017